IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR264 |
| v. | |
| TRAVELL T. RICHARD, | ORDER |
| Defendant. | |

Before the Court is non-party Garyelle Richard's Request for Transcript (Filing No. 34) of the sentencing hearing held on June 25, 2021.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 34) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Garyelle Richard at 5907 N. 47th Street, Omaha, Nebraska 68104.
3. Court reporter Brenda Fauber is directed to advise Garyelle Richard of the cost to obtain the transcript. Garyelle Richard will be responsible for that transcript cost.

Dated this 13th day of December 2021.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief United States District Judge