IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR264 |
| v. | |
| TRAVELL T. RICHARD, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Travell T. Richard's ("Richard") pro se Motion for Sentence Reduction (Filing No. 37) pursuant to 18 U.S.C. § 3582(c)(1)(A). That statute authorizes Richard to move the Court to "reduce [his] term of imprisonment" for "extraordinary and compelling reasons" thirty days after the warden of the facility where he is incarcerated receives a request to file such a motion on his behalf.

Richard's submission includes a copy of a letter from his warden signed January 4, 2023, denying Richard's request for relief. As grounds for a reduction, Richard cites two serious medical conditions and the need to care for his child as a result of a custody issue involving the child's mother. He asks the Court to appoint counsel to assist him.

Upon initial review, the Court finds Richard has potentially raised a colorable claim for sentencing relief under § 3582(c)(1)(A)(i). The Court further finds appointing counsel will aid the Court in determining whether Richard's circumstances warrant a sentence reduction. Accordingly,

IT IS ORDERED:
1. The Federal Public Defender for the District of Nebraska is appointed to represent Richard for the limited purpose of determining whether there are extraordinary and compelling reasons to reduce his term of imprisonment.
2. In the event the Federal Public Defender should decline this appointment because of a conflict of interest or on the basis of the Amended Criminal

       Justice Act Plan, the Federal Public Defender shall provide the Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Amended Criminal Justice Act Plan for this district.

3. If upon review the Federal Public Defender should conclude Richard's motion is frivolous, the Federal Public Defender may move to withdraw as counsel.

4. The U.S. Probation and Pretrial Services Office is directed to investigate Richard's request for a sentence reduction and promptly file under seal a report on that investigation.

5. The probation office is authorized to disclose Presentence Investigation Reports to the Federal Public Defender and the United States Attorney for the purpose of evaluating the motion. Richard's counsel shall provide the Presentence Investigation Report to any subsequently appointed or retained counsel. In accordance with the policy of the Federal Bureau of Prisons, no Presentence Investigation Report shall be provided to inmates.

6. The government and Richard's counsel shall each file within ten days of the probation office filing its investigation report a brief addressing Richard's request for sentencing relief and provide any evidence necessary to the Court's disposition of his motion. Absent an extension, the motion shall be deemed fully briefed and submitted as of that date.

Dated this 14th day of February 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge